O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Florence,<br><br>            Plaintiff,<br><br>     v.<br><br>E.R. Stanback, et al.,<br><br>            Defendants. | CV 07-8184 RSWL (FMOx)<br><br>**ORDER Re: Plaintiff's Motion for the Appointment of Counsel under 28 U.S.C. 1915(d) [117]** |

    The Court is in receipt of Plaintiff David Florence's Motion for the Appointment of Counsel under 28 U.S.C. 1915(d), filed on December 22, 2010 [117]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

    Plaintiff's Motion for the Appointment of Counsel under 28 U.S.C. 1915(d) is **DENIED AS MOOT.** On February 18, 2011, Courtney E. Black filed a Notice of Appearance [123] informing the Court that Plaintiff David Florence has retained the firm of Courtney E.

1

1  Black, Attorney at Law to represent him in all aspects
2  of this Action.  Accordingly, Plaintiff's Motion for
3  the Appointment of Counsel under 28 U.S.C. 1915(d)
4  [117] is **DENIED AS MOOT**.
5
6  DATED: February 23, 2011
7  **IT IS SO ORDERED.**
8
9                              RONALD S.W. LEW
10                        _____
11                          **HONORABLE RONALD S.W. LEW**
12                        Senior, U.S. District Court Judge